## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*
    (MJD/JGL)
This Document Relates to:

MDL No. 1431

*Willie Willingham, et al., v. Bayer Corp., et al.*

Case No. 03-2927

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of Plaintiff Cleo H. Griffin may be and are hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs. This dismissal shall not affect the claims of the remaining plaintiffs in this action.

Dated: 3/22/04

Bryan N. Cigelske
Taylor Martino & Hedge PC
61 St. Joseph Street, Suite 1600
Mobile, AL 36602
(251) 433-3131
*Attorneys for Plaintiff*

Dated: 3/29/04

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA.  15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402
(612) 340-2600

*Counsel for Bayer Corporation*

     **IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the claims of Plaintiff Cleo H. Griffin are dismissed without prejudice.

DATED: APR 0 2 2004

The Honorable Michael J. Davis
United States District Court
*Willingham*, No. 03-2927