UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*       MDL No. 1431
     (MJD/JGL)

This Document Relates to:

*Willie Willingham, et al., v. Bayer Corp., et al.*      Case No. 03-2927

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of Plaintiffs Miranda G. Evans, Nelson Kelker, Jr., Norman Kellermann, David D. New, Z.A. Smith, Bradley Wallace, King Williams, and Mary B. Younger may be and are hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs. This dismissal shall not affect the claims of the remaining plaintiffs in this action.

Dated: 7/28/04

Bryan N. Cigelske
Taylor Martino & Hedge PC
61 St. Joseph Street, Suite 1600
Mobile, AL 36602
(251) 433-3131

*Attorneys for Plaintiff*

SCANNED

AUG 2 5 2004

U.S. DISTRICT COURT MPLS

Dated: 8/18/04

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

2

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Plaintiffs Miranda G. Evans, Nelson Kelker, Jr., Norm an Kellermann, David D. New, Z.A. Smith, Bradley Wallace, King Williams, and Mary B. Younger are dismissed with prejudice.

DATED: 8-24-04

The Honorable Michael J. Davis
United States District Court

*Willingham*, No. 03-2927

3